# Exhibit 1

Shake Well

3RD PARTY LAB RESULTS

0 083351 767228

Please recycle after use

Manufactured by:
Green Roads of Florida LLC.
Davie, FL,33314

Non Detectable THC

# CBD OIL

***Pharmacist Formulated***

**250MG**

**17 MG / ML**

GREEN ROADS®

Dietary Supplement

net wt. 0.5 fl. oz (15ML)

Suggested Use: Place 0.5 - 1 ML under tongue for at least 30 seconds before swallowing

## Supplement Facts

Serving Size: 1 ML
Servings Per Container: 15

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Hemp Oil (Aerial Plant Parts) | 21 mg | ** |
| Cannabidiol (CBD) | 17 mg | ** |

** Daily Value not established.

**Other Ingredients:**
Hemp Seed Oil, Kosher-Grade Vegetable Glycerin

These statements have not been approved by the Food and Drug administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

If you are pregnant, nursing, have any health conditions or are taking any medications, consult your health care practitioner before using this product. Tamper evident use only if seal is intact. Keep out of reach of children.
**STORE IN A COOL, DRY PLACE.**

SCAN FOR
3RD PARTY
LAB RESULTS

0 83351 76733 4

## Nutrition Facts

30 servings per container
**Serving size** **1 piece (3.6g)**

**Amount per serving**
**Calories** **10**

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 0mg | **0%** |
| **Total Carbohydrate** 3g | **1%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 2g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 0mg | 0% |
| Iron 0mg | 0% |
| Potassium 0mg | 0% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Please recycle after use

**Manufactured by:**
**Green Roads of Florida LLC.**
**Davie, FL 33314**

GREEN ROADS®

*Pharmacist Formulated*

# RELAX BEARS

HEMP-DERIVED CBD GUMMIE

**300MG**

SWEET & RELAXING

| CBD/GUMMIE | QTY: | TOTAL CBD: | FLAVORS: |
|---|---|---|---|
| **10MG** | **30** | **300MG** | ASSORTED |

**net wt. 3.8 oz (108g)**

**Ingredients:** Corn Syrup, Sugar (from beets), Water, Gelatin, Citric Acid, Natural and Artificial Flavors, Lactic Acid, Pectin, FD&C Red 40, Yellow 5, Yellow 6, Blue 1, 300 MG Broad-spectrum Hemp-Derived Cannabinoid Extract

**Note:** If you are pregnant, nursing, have any health conditions or are taking any medications, consult your health care practitioner before using this product.

Tamper evident, use only if seal is intact.

Keep out of reach of children.

**STORE IN A COOL, DRY PLACE.**

These statements have not been approved by the Food and Drug administration. This product is not intended to diagnose, treat, cure, or prevent any disease.







