# Exhibit 2

 **Certificate of Analysis**

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 1 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

## Image



## Safety

Pesticides - Passed
Microbials - Passed
Mycotoxins - Passed
Heavy Metals - Passed
Terpenes - Tested
Residual-Solvents - Passed
Filth - NOT Tested
Water Activity - NOT Tested
Moisture - NOT Tested

## Cannabinoids

| Analyte | Weight(%) | mg/g |
|---|---|---|
| D9-THC | ND | ND |
| THCa | ND | ND |
| TOTAL THC | ND | ND |
| CBD | 1.31 | 13.16 |
| CBDa | ND | ND |
| TOTAL CBD | 1.31 | 13.16 |
| CBN | ND | ND |
| CBDV | ND | ND |
| D8-THC | ND | ND |
| THCV | ND | ND |
| CBG | ND | ND |
| CBGa | ND | ND |
| CBC | ND | ND |
| TOTAL CANNABINOIDS | 1.31 | 13.16 |

## Cannabinoids

| 0.00% Total THC | 1.31% Total CBD |
|---|---|

---

| ND | ND | 1.31 | ND | ND | ND | ND | ND | ND | ND | ND |
|---|---|---|---|---|---|---|---|---|---|---|
| D9-THC | THCa | CBD | CBDa | CBN | CBDV | D8-THC | THCV | CBG | CBGa | CBC |



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



## Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 2 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

| Terpenes | Test result % |
|---|---|
| alpha-Cedrene | ND |
| alpha-Humulene | ND |
| alpha-Pinene | ND |
| alpha-Terpinene | ND |
| beta-Myrcene | ND |
| beta-Pinene | ND |
| Borneol | ND |
| Camphene | ND |
| Camphor | ND |
| Caryophyllene oxide | ND |
| Cedrol | ND |
| alpha-Bisabolol | ND |
| Isopulegol | ND |
| cis-Nerolidol | ND |
| 3-Carene | ND |
| Fenchyl Alcohol | ND |
| Hexahydrothymol | ND |
| Eucalyptol | ND |
| Isoborneol | ND |
| Farnesene | ND |
| Fenchone | ND |
| gamma-Terpinene | ND |
| Geraniol | ND |
| Geranyl acetate | ND |
| Guaiol | ND |
| Limonene | ND |
| Linalool | ND |
| Nerol | ND |
| Ocimene | ND |
| alpha-Phellandrene | ND |
| Pulegone | ND |
| Sabinene | ND |
| Sabinene hydrate | ND |
| Terpineol | ND |
| Terpinolene | ND |
| trans-Caryophyllene | ND |
| trans-Nerolidol | ND |
| Valencene | ND |
| **Total** | **0** |



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 3 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Daminozide | 0.02 | 1 | ND | ppm | Plant growth regulator |
| Acephate | 0.01 | 0.4 | ND | ppm | Insecticide |
| Flonicamid | 0.01 | 1 | ND | ppm | Pyridine Insecticide, Aphicide |
| Oxamyl | 0.01 | 1 | ND | ppm | Carbamate Insecticide, Acaricide, Nematicide |
| Methomyl | 0.01 | 0.4 | ND | ppm | Carbamate Insecticide, Acaricide, Metabolite |
| Thiamethoxam | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide |
| Imidacloprid | 0.01 | 0.4 | ND | ppm | Neonicotinoid Insecticide |
| Dimethoate | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Acetamiprid | 0.01 | 0.2 | ND | ppm | Insecticide |
| Thiacloprid | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide, Molluscicide |
| Aldicarb | 0.02 | 0.4 | ND | ppm | Insecticide, Nematicide |
| Dichlorvos | 0.05 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Propoxur | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Acaricide |
| Carbofuran | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Carbaryl | 0.01 | 0.2 | ND | ppm | Insecticide |
| Imazalil | 0.01 | 0.2 | ND | ppm | Imidazole Fungicide |
| Metalaxyl | 0.01 | 0.2 | ND | ppm | Phenylamide Fungicide |
| Chlorantraniliprole | 0.01 | 0.2 | ND | ppm | Insecticide |
| Phosmet | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Spiroxamine | 0.01 | 0.4 | ND | ppm | Morpholine Fungicide |
| Naled | 0.01 | 0.5 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Methiocarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Molluscicide, Bird repellent |
| Azoxystrobin | 0.01 | 0.2 | ND | ppm | Fungicide |
| Paclobutrazol | 0.01 | 0.4 | ND | ppm | Triazole Plant growth regulator; Fungicide |
| Malathion | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Myclobutanil | 0.01 | 0.2 | ND | ppm | Triazole Fungicide |
| Bifenazate | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spirotetramat | 0.02 | 0.2 | ND | ppm | Tetramic acid Insecticide |
| Ethoprophos | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Fenoxycarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide |
| Kresoxim-methyl | 0.01 | 0.4 | ND | ppm | Strobilurin Fungicide, Bactericide |
| Tebuconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Diazanon | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Repellent |



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 4 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Propiconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Clofentezine | 0.01 | 0.2 | ND | ppm | Tetrazine Acaricide |
| Spinosad (Spinosyn A) | 0.01 | 0.2 | ND | ppm | Insecticide |
| Prallethrin | 0.05 | 0.2 | ND | ppm | Synthetic pyrethroid Insecticide |
| Trifloxystrobin | 0.01 | 0.2 | ND | ppm | Strobilurin Fungicide |
| Piperonyl butoxide | 0.01 | 3 | ND | ppm | Cyclic aromatic; Performance enhancer, Synergist |
| Chlorpyrifos | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide |
| Hexythiazox | 0.01 | 1 | ND | ppm | Carboxamide Acaricide |
| Etoxazole | 0.01 | 0.2 | ND | ppm | Diphenyl oxazoline Acaricide |
| Spiromesifen | 0.01 | 0.2 | ND | ppm | Tetronic acid Insecticide |
| Pyrethrins (Pyrethrin I) | 0.01 | 1 | ND | ppm | Insecticide |
| Fenpyroximate | 0.01 | 0.4 | ND | ppm | Pyrazolium Acaricide, Insecticide |
| Pyridaben | 0.01 | 0.2 | ND | ppm | Pyridazinone Insecticide, Acaricide |
| Permethrins | 0.05 | 0.2 | ND | ppm | Pyrethroid Insecticide |
| Abamectin B1a | 0.02 | 0.5 | ND | ppm | Insecticide |
| Etofenprox | 0.01 | 0.4 | ND | ppm | Pyrethroid Insecticide |
| Bifenthrin | 0.01 | 0.2 | ND | ppm | Acaricide, Insecticide |
| Fludioxonil | 0.01 | 0.4 | ND | ppm | Phenylpyrrole Fungicide |
| Fipronil | 0.02 | 0.4 | ND | ppm | Phenylpyrazole Insecticide |
| Cypermethrin | 0.02 | 1 | ND | ppm | Pyrethroid Insecticide, Veterinary substance |
| Mevinphos | 0.01 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Dimethomorph | 0.01 | 0.1 | ND | ppm | Morpholine Fungicide |
| Fenhexamid | 0.01 | 0.1 | ND | ppm | Hydroxyanilide Fungicide |
| Coumaphos | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spinosad (Spinosyn D) | 0.01 | 0.2 | ND | ppm | Insecticide |

---



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 5 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

| Residual solvent | Action Level(ppm) | Pass/Fail | Results(ppm) |
|---|---|---|---|
| Hexanes (2,3-dimethylbutane) | 290 | Pass | ND |
| 1,4-Dioxane | 380 | Pass | ND |
| Pentanes (iso-pentane) | 5000 | Pass | ND |
| Pentanes (neo-pentane) | 5000 | Pass | ND |
| Butanes (iso-butane) | 5000 | Pass | ND |
| 2-Butanol | 5000 | Pass | ND |
| 2-Ethoxyethanol | 160 | Pass | ND |
| 2-Propanol | 5000 | Pass | ND |
| Acetone | 5000 | Pass | ND |
| Acetonitrile | 410 | Pass | ND |
| Benzene | 2 | Pass | ND |
| Butanes (n-butane) | 5000 | Pass | ND |
| Cyclohexane | 3880 | Pass | ND |
| Dichloromethane | 600 | Pass | ND |
| Hexanes (2,2-dimethylbutane) | 290 | Pass | ND |
| Xylenes-O (1,2-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-M (1,3-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-P (1,4-dimethylbenzene) | 2170 | Pass | ND |
| Ethanol | 5000 | Pass | ND |
| Ethyl acetate | 5000 | Pass | ND |
| Ethylbenzene | 2170 | Pass | ND |
| Ethyl ether | 5000 | Pass | ND |
| Ethylene Oxide | 50 | Pass | ND |
| Heptane | 5000 | Pass | ND |
| n-Hexane | 290 | Pass | ND |
| Isopropyl acetate | 5000 | Pass | ND |
| Methanol | 3000 | Pass | ND |
| Hexanes (2-methylpentane) | 290 | Pass | ND |
| Hexanes (3-methylpentane) | 290 | Pass | ND |
| Pentanes (n-pentane) | 5000 | Pass | ND |
| Propane | 5000 | Pass | ND |
| Tetrahydrofuran | 720 | Pass | ND |
| Toluene | 1068 | Pass | ND |
| Xylenes | 2170 | Pass | ND |



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 6 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

**Cannabinoid Profile Test Result-Analysis Method :SOP.T.40.020, SOP.T.30.050**          **Analytical Batch:DA002181**

| Reagent LOT ID | Dilution | Consumables Id |
|---|---|---|
| 031219.R10 | 10 | 18G02C0-155 |
| 031819.R01 | | U1AX005180181025 |
| 031419.R10 | | 850C4-850AK |
| 031419.R09 | | 840C6-840H |

Full spectrum cannabinoid analysis utilizing High Performance Liquid Chromatography with UV detection (HPLC-UV). (Method: SOP.T.30.050 for sample prep and Shimadzu High Sensitivity Method SOP.T.40.020 for analysis. LOQ for all cannabinoids is 1 mg/L).

**Mycotoxin Analysis-Analysis Method :SOP.T.30.065, SOP.T.40.065**          **Analytical Batch:DA002178**

| Analyte | Results | Action Level |
|---|---|---|
| Aflatoxin G2 | ND | 0.02 |
| Aflatoxin G1 | ND | 0.02 |
| Aflatoxin B2 | ND | 0.02 |
| Aflatoxin B1 | ND | 0.02 |
| Ochratoxin A+ | ND | 0.02 |

Aflatoxins B1, B2, G1, G2, and Ochratoxins A testing using LC-MS. (Method: SOP.T.30.065 for Sample Preparation and SOP.T40.065 Procedure for Mycotoxins Quantification Using LCMS. LOQ 1.0 ppb). Total Aflatoxins (Aflotoxin B1, B2, G1, G2) must be <20µg/Kg. Ochratoxins must be <20µg/Kg.

**Micro Analysis-Analysis method :SOP.T.40.043**          **Analytical Batch: DA002191**

| Pathogens | Results |
|---|---|
| Aspergillus_terreus_1J2 | not present in 1 gram. |
| Aspergillus_niger | not present in 1 gram. |
| Aspergillus_fumigatus | not present in 1 gram. |
| Aspergillus_flavus | not present in 1 gram. |
| Salmonella_specific_gene | not present in 1 gram. |
| Escherichia_coli_Shigella_spp_ | not present in 1 gram. |

Microbiological testing for Fungal and Bacterial Identification via Polymerase Chain Reaction (PCR) method consisting of sample DNA amplified via tandem Polymerase Chain Reaction (PCR) as a crude lysate which avoids purification. (Method SOP.T.40.043) If a pathogenic Escherichia Coli, Salmonella, Aspergillus fumigatus, Aspergillus flavus, Aspergillus niger, or Aspergillus terreus is detected in 1g of a sample, the sample fails the microbiological-impurity testing.



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion, Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.











# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 7 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90315008-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 356019**
Batch#: 356019, Sample Size: 10ml -grams
Ordered: 03/15/19 Sampled:03/15/19
Completed: 03/20/19 Expires: 03/20/20
Sampling Method: SOP Client Method

---

## Pesticide Analysis-Analysis Method:SOP.T.30.065, SOP.T.40.065

| | | **Analytical Batch :DA002177** |
|---|---|---|
| Reagent LOT/ID | Dilution | Consumables ID |
| 031819.R02 | 1 | 18G02C0-155 |
| | | U1AX005180181025 |

Pesticide screen is performed using LC-MS which can screen down to below single digit ppb concentrations for regulated Pesticides. Currently we analyze for 57 Pesticides. (Method: SOP.T.30.065 Sample Preparation for Pesticides Analysis via LCMSMS and SOP.T40.065 Procedure for Pesticide Quantification Using LCMS).

## Heavy Metals Analysis-Analysis-Method:SOP.T.40.050, SOP.T.30.052

| | | **Analytical Batch: DA002176** |
|---|---|---|
| Reagent LOT/ID | Dilution | Consumables ID |
| 031819.R18 | 50 | |
| 031819.R20 | | |
| 011519.01 | | |
| 031819.R21 | | |
| 031819.R22 | | |
| 021319.R15 | | |
| 031219.R17 | | |
| 031819.R23 | | |
| 031819.R24 | | |
| 031819.R25 | | |
| 031819.R27 | | |
| 030619.01 | | |

Heavy Metals screening is performed using ICP-MS (Inductively Coupled Plasma – Mass Spectrometer) which can screen down to below single digit ppb concentrations for regulated heavy metals using Method SOP.T.30.052 Sample Preparation for Heavy Metals Analysis via ICP-MS and SOP.T.40.050 Heavy Metals Analysis via ICP-MS.

| Metal | Result | Action-Level |
|---|---|---|
| Arsenic | ND | 1.500 |
| Cadmium | ND | 0.500 |
| Lead | ND | 0.500 |
| Mercury | ND | 3 |

Abbreviation:ppm=Parts Per Million

## Residual SolventsAnalysis Method:SOP.T.40.032

**Analytical Batch :DA002198**

Residual solvents screening is performed using GC-MS which can detect below single digit ppm concentrations. Currently we analyze for 34 Residual solvents. (Method: SOP.T.30.042 Residual Solvents Analysis via GC-MS).

## Terpenes screening-Analysis-Method:SOP.T.40.090

**Analytical Batch :DA002195**

Terpenoid profile screening is performed using GC-MS with Liquid Injection (Gas Chromatography – Mass Spectrometer) which can screen 38 terpenes using Method SOP.T.40.091 Terpenoid Analysis Via GC-MS/MS.

---



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit Of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.











# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 1 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

## Image



## Safety

Pesticides - Passed
Microbials - Passed
Mycotoxins - Passed
Heavy Metals - Passed
Terpenes - Tested
Residual-Solvents - Passed
Filth - NOT Tested
Water Activity - NOT Tested
Moisture - NOT Tested

## Cannabinoids

| Analyte | Weight(%) | mg/g |
|---|---|---|
| D9-THC | ND | ND |
| THCa | ND | ND |
| TOTAL THC | ND | ND |
| CBD | 1.375 | 13.75 |
| CBDa | ND | ND |
| TOTAL CBD | 1.375 | 13.75 |
| CBN | ND | ND |
| CBDV | ND | ND |
| D8-THC | ND | ND |
| THCV | ND | ND |
| CBG | ND | ND |
| CBGa | ND | ND |
| CBC | ND | ND |
| TOTAL CANNABINOIDS | 1.375 | 13.75 |

## Cannabinoids

| 0.00% Total THC | 1.375% Total CBD |
|---|---|

---

| ND | ND | 1.375 | ND | ND | ND | ND | ND | ND | ND | ND |
|---|---|---|---|---|---|---|---|---|---|---|
| D9-THC | THCa | CBD | CBDa | CBN | CBDV | D8-THC | THCV | CBG | CBGa | CBC |

---



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 2 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

| Terpenes | Test result % |
|---|---|
| alpha-Cedrene | ND |
| alpha-Humulene | ND |
| alpha-Pinene | ND |
| alpha-Terpinene | ND |
| beta-Myrcene | ND |
| beta-Pinene | ND |
| Borneol | ND |
| Camphene | ND |
| Camphor | ND |
| Caryophyllene oxide | ND |
| Cedrol | ND |
| alpha-Bisabolol | ND |
| Isopulegol | ND |
| cis-Nerolidol | ND |
| 3-Carene | ND |
| Fenchyl Alcohol | ND |
| Hexahydrothymol | ND |
| Eucalyptol | ND |
| Isoborneol | ND |
| Farnesene | ND |
| Fenchone | ND |
| gamma-Terpinene | ND |
| Geraniol | ND |
| Geranyl acetate | ND |
| Guaiol | ND |
| Limonene | ND |
| Linalool | ND |
| Nerol | ND |
| Ocimene | ND |
| alpha-Phellandrene | ND |
| Pulegone | ND |
| Sabinene | ND |
| Sabinene hydrate | ND |
| Terpineol | ND |
| Terpinolene | ND |
| trans-Caryophyllene | ND |
| trans-Nerolidol | ND |
| Valencene | ND |
| **Total** | **0** |



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



**Certificate of Analysis**

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 3 of 7**

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Daminozide | 0.02 | 1 | ND | ppm | Plant growth regulator |
| Acephate | 0.01 | 0.4 | ND | ppm | Insecticide |
| Flonicamid | 0.01 | 1 | ND | ppm | Pyridine Insecticide, Aphidie |
| Oxamyl | 0.01 | 1 | ND | ppm | Carbamate Insecticide, Acaricide, Nematicide |
| Methomyl | 0.01 | 0.4 | ND | ppm | Carbamate Insecticide, Acaricide, Metabolite |
| Thiamethoxam | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide |
| Imidacloprid | 0.01 | 0.4 | ND | ppm | Neonicotinoid Insecticide |
| Dimethoate | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Acetamiprid | 0.01 | 0.2 | ND | ppm | Insecticide |
| Thiacloprid | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide, Molluscicide |
| Aldicarb | 0.02 | 0.4 | ND | ppm | Insecticide, Nematicide |
| Dichlorvos | 0.05 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Propoxur | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Acaricide |
| Carbofuran | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Carbaryl | 0.01 | 0.2 | ND | ppm | Insecticide |
| Imazalil | 0.01 | 0.2 | ND | ppm | Imidazole Fungicide |
| Metalaxyl | 0.01 | 0.2 | ND | ppm | Phenylamide Fungicide |
| Chlorantraniliprole | 0.01 | 0.2 | ND | ppm | Insecticide |
| Phosmet | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Spiroxamine | 0.01 | 0.4 | ND | ppm | Morpholine Fungicide |
| Naled | 0.01 | 0.5 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Methiocarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Molluscicide, Bird repellent |
| Azoxystrobin | 0.01 | 0.2 | ND | ppm | Fungicide |
| Paclobutrazol | 0.01 | 0.4 | ND | ppm | Triazole Plant growth regulator; Fungicide |
| Malathion | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Myclobutanil | 0.01 | 0.2 | ND | ppm | Triazole Fungicide |
| Bifenazate | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spirotetramat | 0.02 | 0.2 | ND | ppm | Tetramic acid Insecticide |
| Ethoprophos | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Fenoxycarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide |
| Kresoxim-methyl | 0.01 | 0.4 | ND | ppm | Strobilurin Fungicide, Bactericide |
| Tebuconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Diazanon | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Repellent |



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.

 **Certificate of Analysis**

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 4 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Propiconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Clofentezine | 0.01 | 0.2 | ND | ppm | Tetrazine Acaricide |
| Spinosad (Spinosyn A) | 0.01 | 0.2 | ND | ppm | Insecticide |
| Prallethrin | 0.05 | 0.2 | ND | ppm | Synthetic pyrethroid Insecticide |
| Trifloxystrobin | 0.01 | 0.2 | ND | ppm | Strobilurin Fungicide |
| Piperonyl butoxide | 0.01 | 3 | ND | ppm | Cyclic aromatic; Performance enhancer, Synergist |
| Chlorpyrifos | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide |
| Hexythiazox | 0.01 | 1 | ND | ppm | Carboxamide Acaricide |
| Etoxazole | 0.01 | 0.2 | ND | ppm | Diphenyl oxazoline Acaricide |
| Spiromesifen | 0.01 | 0.2 | ND | ppm | Tetronic acid Insecticide |
| Pyrethrins (Pyrethrin I) | 0.01 | 1 | ND | ppm | Insecticide |
| Fenpyroximate | 0.01 | 0.4 | ND | ppm | Pyrazolium Acaricide, Insecticide |
| Pyridaben | 0.01 | 0.2 | ND | ppm | Pyridazinone Insecticide, Acaricide |
| Permethrins | 0.05 | 0.2 | ND | ppm | Pyrethroid Insecticide |
| Abamectin B1a | 0.02 | 0.5 | ND | ppm | Insecticide |
| Etofenprox | 0.01 | 0.4 | ND | ppm | Pyrethroid Insecticide |
| Bifenthrin | 0.01 | 0.2 | ND | ppm | Acaricide, Insecticide |
| Fludioxonil | 0.01 | 0.4 | ND | ppm | Phenylpyrrole Fungicide |
| Fipronil | 0.02 | 0.4 | ND | ppm | Phenylpyrazole Insecticide |
| Cypermethrin | 0.02 | 1 | ND | ppm | Pyrethroid Insecticide, Veterinary substance |
| Mevinphos | 0.01 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Dimethomorph | 0.01 | 0.1 | ND | ppm | Morpholine Fungicide |
| Coumaphos | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spinosad (Spinosyn D) | 0.01 | 0.2 | ND | ppm | Insecticide |



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 5 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

| Residual solvent | Action Level(ppm) | Pass/Fail | Results(ppm) |
|---|---|---|---|
| Hexanes (2,3-dimethylbutane) | 290 | Pass | ND |
| 1,4-Dioxane | 380 | Pass | ND |
| Pentanes (iso-pentane) | 5000 | Pass | ND |
| Pentanes (neo-pentane) | 5000 | Pass | ND |
| Butanes (iso-butane) | 5000 | Pass | ND |
| 2-Butanol | 5000 | Pass | ND |
| 2-Ethoxyethanol | 160 | Pass | ND |
| 2-Propanol | 5000 | Pass | ND |
| Acetone | 5000 | Pass | ND |
| Acetonitrile | 410 | Pass | ND |
| Benzene | 2 | Pass | ND |
| Butanes (n-butane) | 5000 | Pass | ND |
| Cyclohexane | 3880 | Pass | ND |
| Dichloromethane | 600 | Pass | ND |
| Hexanes (2,2-dimethylbutane) | 290 | Pass | ND |
| Xylenes-O (1,2-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-M (1,3-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-P (1,4-dimethylbenzene) | 2170 | Pass | ND |
| Ethanol | 5000 | Pass | ND |
| Ethyl acetate | 5000 | Pass | ND |
| Ethylbenzene | 2170 | Pass | ND |
| Ethyl ether | 5000 | Pass | ND |
| Ethylene Oxide | 50 | Pass | ND |
| Heptane | 5000 | Pass | ND |
| n-Hexane | 290 | Pass | ND |
| Isopropyl acetate | 5000 | Pass | ND |
| Methanol | 3000 | Pass | ND |
| Hexanes (2-methylpentane) | 290 | Pass | ND |
| Hexanes (3-methylpentane) | 290 | Pass | ND |
| Pentanes (n-pentane) | 5000 | Pass | ND |
| Propane | 5000 | Pass | ND |
| Tetrahydrofuran | 720 | Pass | ND |
| Toluene | 1068 | Pass | ND |
| Xylenes | 2170 | Pass | ND |

---



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 6 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

**Cannabinoid Profile Test Result-Analysis Method :SOP.T.40.020, SOP.T.30.050**          **Analytical Batch:DA002719**

| Reagent LOT ID | Dilution | Consumables Id |
|---|---|---|
| 041119.R09 | 10 | 180711 |
| 041119.R08 | | SFN-BX-1025 |
| 041219.R02 | | 850C4-850AK |
| 041219.R01 | | 840C6-840H |

Full spectrum cannabinoid analysis utilizing High Performance Liquid Chromatography with UV detection (HPLC-UV). (Method: SOP.T.30.050 for sample prep and Shimadzu High Sensitivity Method SOP.T.40.020 for analysis. LOQ for all cannabinoids is 1 mg/L).

**Mycotoxin Analysis-Analysis Method :SOP.T.30.065, SOP.T.40.065**          **Analytical Batch:DA002717**

| Analyte | Results | Action Level |
|---|---|---|
| Aflatoxin G2 | ND | 0.02 |
| Aflatoxin G1 | ND | 0.02 |
| Aflatoxin B2 | ND | 0.02 |
| Aflatoxin B1 | ND | 0.02 |
| Ochratoxin A+ | ND | 0.02 |

Aflatoxins B1, B2, G1, G2, and Ochratoxins A testing using LC-MS. (Method: SOP.T.30.065 for Sample Preparation and SOP.T40.065 Procedure for Mycotoxins Quantification Using LCMS. LOQ 1.0 ppb). Total Aflatoxins (Aflotoxin B1, B2, G1, G2) must be <20µg/Kg. Ochratoxins must be <20µg/Kg.

**Micro Analysis-Analysis method :SOP.T.40.043**          **Analytical Batch: DA002721**

| Pathogens | Results |
|---|---|
| Aspergillus_terreus_1J2 | not present in 1 gram. |
| Aspergillus_niger | not present in 1 gram. |
| Aspergillus_fumigatus | not present in 1 gram. |
| Aspergillus_flavus | not present in 1 gram. |
| Salmonella_specific_gene | not present in 1 gram. |
| Escherichia_coli_Shigella_spp_ | not present in 1 gram. |

Microbiological testing for Fungal and Bacterial Identification via Polymerase Chain Reaction (PCR) method consisting of sample DNA amplified via tandem Polymerase Chain Reaction (PCR) as a crude lysate which avoids purification. (Method SOP.T.40.043) If a pathogenic Escherichia Coli, Salmonella, Aspergillus fumigatus, Aspergillus flavus, Aspergillus niger, or Aspergillus terreus is detected in 1g of a sample, the sample fails the microbiological-impurity testing.



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion, Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.









 **EVIO LABS**
EVIO Inc. (OTCQB:EVIO)

# Certificate of Analysis

250MG CBD OIL
250MG CBD OIL
Matrix: N/A



**Page 7 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM


GREEN ROADS


QC PASSED

**SAMPLE:DA90411008-001**
METRC/Biotrack#N/A **Harvest/Lot ID: 375319**
Batch#: 375319, Sample Size: 10ml -grams
Ordered: 04/11/19 Sampled:04/11/19
Completed: 04/15/19 Expires: 04/15/20
Sampling Method: SOP Client Method

---

**Pesticide Analysis-Analysis Method:SOP.T.30.065, SOP.T.40.065**                   **Analytical Batch :DA002714**

| Reagent LOT/ID | Dilution | Consumables ID |
|---|---|---|
| 040419.R04 | 1 | 180711 |
| | | SFN-BX-1025 |

Pesticide screen is performed using LC-MS which can screen down to below single digit ppb concentrations for regulated Pesticides. Currently we analyze for 57 Pesticides. (Method: SOP.T.30.065 Sample Preparation for Pesticides Analysis via LCMSMS and SOP.T40.065 Procedure for Pesticide Quantification Using LCMS).

**Heavy Metals Analysis-Analysis-Method:SOP.T.40.050, SOP.T.30.052**                   **Analytical Batch: DA002713**

| Reagent LOT/ID | Dilution | Consumables ID |
|---|---|---|
| 041019.R21 | 50 | |
| 041119.R10 | | |
| 041019.R19 | | |
| 011519.01 | | |
| 041219.R03 | | |
| 041219.R04 | | |
| 040819.R38 | | |
| 040519.R23 | | |
| 041219.R05 | | |
| 041219.R06 | | |
| 041219.R07 | | |
| 041219.R08 | | |
| 032519.R11 | | |
| 040119.02 | | |

Heavy Metals screening is performed using ICP-MS (Inductively Coupled Plasma – Mass Spectrometer) which can screen down to below single digit ppb concentrations for regulated heavy metals using Method SOP.T.30.052 Sample Preparation for Heavy Metals Analysis via ICP-MS and SOP.T.40.050 Heavy Metals Analysis via ICP-MS.

| Metal | Result | Action-Level |
|---|---|---|
| Arsenic | ND | 1.500 |
| Cadmium | ND | 0.500 |
| Lead | ND | 0.500 |
| Mercury | ND | 3 |

Abbreviation:ppm=Parts Per Million

**Residual SolventsAnalysis Method:SOP.T.40.032**                   **Analytical Batch :DA002739**

Residual solvents screening is performed using GC-MS which can detect below single digit ppm concentrations. Currently we analyze for 34 Residual solvents. (Method: SOP.T.30.042 Residual Solvents Analysis via GC-MS).

**Terpenes screening-Analysis-Method:SOP.T.40.090**                   **Analytical Batch :DA002732**

Terpenoid profile screening is performed using GC-MS with Liquid Injection (Gas Chromatography – Mass Spectrometer) which can screen 38 terpenes using Method SOP.T.40.091 Terpenoid Analysis Via GC-MS/MS.

---

 **EVIO LABS**
EVIO Inc. (OTCQB:EVIO)

4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com



_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.








# Certificate of Analysis

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 1 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

---

## Image

## Safety

Pesticides - Passed
Microbials - Passed
Mycotoxins - Passed
Heavy Metals - Passed
Terpenes - Tested
Residual-Solvents - Passed
Filth - NOT Tested
Water Activity - NOT Tested
Moisture - NOT Tested

## Cannabinoids

| Analyte | Weight(%) | mg/g |
|---|---|---|
| D9-THC | ND | ND |
| THCa | ND | ND |
| TOTAL THC | ND | ND |
| CBD | 0.49 | 4.97 |
| CBDa | ND | ND |
| TOTAL CBD | 0.49 | 4.97 |
| CBN | ND | ND |
| CBDV | ND | ND |
| D8-THC | ND | ND |
| THCV | ND | ND |
| CBG | ND | ND |
| CBGa | ND | ND |
| CBC | ND | ND |
| TOTAL CANNABINOIDS | 0.49 | 4.97 |

## Cannabinoids

| 0.00% Total THC | 0.49% Total CBD |
|---|---|

| ND | ND | 0.49 | ND | ND | ND | ND | ND | ND | ND | ND |
|---|---|---|---|---|---|---|---|---|---|---|
| D9-THC | THCa | CBD | CBDa | CBN | CBDV | D8-THC | THCV | CBG | CBGa | CBC |





4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 2 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

---

| Terpenes | Test result % |
|---|---|
| alpha-Cedrene | ND |
| alpha-Humulene | ND |
| alpha-Pinene | ND |
| alpha-Terpinene | ND |
| beta-Myrcene | ND |
| beta-Pinene | ND |
| Borneol | ND |
| Camphene | ND |
| Camphor | ND |
| Caryophyllene oxide | ND |
| Cedrol | ND |
| alpha-Bisabolol | ND |
| Isopulegol | ND |
| cis-Nerolidol | ND |
| 3-Carene | ND |
| Fenchyl Alcohol | ND |
| Hexahydrothymol | ND |
| Eucalyptol | ND |
| Isoborneol | ND |
| Farnesene | ND |
| Fenchone | ND |
| gamma-Terpinene | ND |
| Geraniol | ND |
| Geranyl acetate | ND |
| Guaiol | ND |
| Limonene | ND |
| Linalool | ND |
| Nerol | ND |
| Ocimene | ND |
| alpha-Phellandrene | ND |
| Pulegone | ND |
| Sabinene | ND |
| Sabinene hydrate | ND |
| Terpineol | ND |
| Terpinolene | ND |
| trans-Caryophyllene | ND |
| trans-Nerolidol | ND |
| Valencene | ND |
| **Total** | **0** |





4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 3 of 7**

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Daminozide | 0.02 | 1 | ND | ppm | Plant growth regulator |
| Acephate | 0.01 | 0.4 | ND | ppm | Insecticide |
| Flonicamid | 0.01 | 1 | ND | ppm | Pyridine Insecticide, Aphicide |
| Oxamyl | 0.01 | 1 | ND | ppm | Carbamate Insecticide, Acaricide, Nematicide |
| Methomyl | 0.01 | 0.4 | ND | ppm | Carbamate Insecticide, Acaricide, Metabolite |
| Thiamethoxam | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide |
| Imidacloprid | 0.01 | 0.4 | ND | ppm | Neonicotinoid Insecticide |
| Dimethoate | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Acetamiprid | 0.01 | 0.2 | ND | ppm | Insecticide |
| Thiacloprid | 0.01 | 0.2 | ND | ppm | Neonicotinoid Insecticide, Molluscicide |
| Aldicarb | 0.02 | 0.4 | ND | ppm | Insecticide, Nematicide |
| Dichlorvos | 0.05 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide, Metabolite |
| Propoxur | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Acaricide |
| Carbofuran | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Carbaryl | 0.01 | 0.2 | ND | ppm | Insecticide |
| Imazalil | 0.01 | 0.2 | ND | ppm | Imidazole Fungicide |
| Metalaxyl | 0.01 | 0.2 | ND | ppm | Phenylamide Fungicide |
| Chlorantraniliprole | 0.01 | 0.2 | ND | ppm | Insecticide |
| Phosmet | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Spiroxamine | 0.01 | 0.4 | ND | ppm | Morpholine Fungicide |
| Naled | 0.01 | 0.5 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Methiocarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide, Molluscicide, Bird repellent |
| Azoxystrobin | 0.01 | 0.2 | ND | ppm | Fungicide |
| Paclobutrazol | 0.01 | 0.4 | ND | ppm | Triazole Plant growth regulator; Fungicide |
| Malathion | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Myclobutanil | 0.01 | 0.2 | ND | ppm | Triazole Fungicide |
| Bifenazate | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spirotetramat | 0.02 | 0.2 | ND | ppm | Tetramic acid Insecticide |
| Ethoprophos | 0.01 | 0.2 | ND | ppm | Insecticide, Nematicide |
| Fenoxycarb | 0.01 | 0.2 | ND | ppm | Carbamate Insecticide |
| Kresoxim-methyl | 0.01 | 0.4 | ND | ppm | Strobilurin Fungicide, Bactericide |
| Tebuconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Diazanon | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide, Acaricide, Repellent |



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 4 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

---

| Pesticides | LOQ | Action Level | Result | Units | Type |
|---|---|---|---|---|---|
| Propiconazole | 0.01 | 0.4 | ND | ppm | Triazole Fungicide |
| Clofentezine | 0.01 | 0.2 | ND | ppm | Tetrazine Acaricide |
| Spinosad (Spinosyn A) | 0.01 | 0.2 | ND | ppm | Insecticide |
| Prallethrin | 0.05 | 0.2 | ND | ppm | Synthetic pyrethroid Insecticide |
| Trifloxystrobin | 0.01 | 0.2 | ND | ppm | Strobilurin Fungicide |
| Piperonyl butoxide | 0.01 | 3 | ND | ppm | Cyclic aromatic; Performance enhancer, Synergist |
| Chlorpyrifos | 0.01 | 0.2 | ND | ppm | Organophosphate Insecticide |
| Hexythiazox | 0.01 | 1 | ND | ppm | Carboxamide Acaricide |
| Etoxazole | 0.01 | 0.2 | ND | ppm | Diphenyl oxazoline Acaricide |
| Spiromesifen | 0.01 | 0.2 | ND | ppm | Tetronic acid Insecticide |
| Pyrethrins (Pyrethrin I) | 0.01 | 1 | ND | ppm | Insecticide |
| Fenpyroximate | 0.01 | 0.4 | ND | ppm | Pyrazolium Acaricide, Insecticide |
| Pyridaben | 0.01 | 0.2 | ND | ppm | Pyridazinone Insecticide, Acaricide |
| Permethrins | 0.05 | 0.2 | ND | ppm | Pyrethroid Insecticide |
| Abamectin B1a | 0.02 | 0.5 | ND | ppm | Insecticide |
| Etofenprox | 0.01 | 0.4 | ND | ppm | Pyrethroid Insecticide |
| Bifenthrin | 0.01 | 0.2 | ND | ppm | Acaricide, Insecticide |
| Fludioxonil | 0.01 | 0.4 | ND | ppm | Phenylpyrrole Fungicide |
| Fipronil | 0.02 | 0.4 | ND | ppm | Phenylpyrazole Insecticide |
| Cypermethrin | 0.02 | 1 | ND | ppm | Pyrethroid Insecticide, Veterinary substance |
| Mevinphos | 0.01 | 0.1 | ND | ppm | Organophosphate Insecticide, Acaricide |
| Dimethomorph | 0.01 | 0.1 | ND | ppm | Morpholine Fungicide |
| Fenhexamid | 0.01 | 0.1 | ND | ppm | Hydroxyanilide Fungicide |
| Coumaphos | 0.01 | 0.2 | ND | ppm | Insecticide |
| Spinosad (Spinosyn D) | 0.01 | 0.2 | ND | ppm | Insecticide |

---



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.

 **Certificate of Analysis**

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 5 of 7**

| | |
|---|---|
| **Green Roads**<br>5150 SW 48TH WAY DAVIE<br>FL, USA 33314<br>(844) 747-3367<br>LAURA@GREENROADSWORLD.COM | **SAMPLE:DA90321005-002**<br>METRC/Biotrack#N/A **Harvest/Lot ID: 182318**<br>Batch#: 182318, Sample Size: N/A -grams<br>Ordered: 03/20/19 Sampled:03/20/19<br>Completed: 03/27/19 Expires: 03/27/20<br>Sampling Method: SOP Client Method |

 

| Residual solvent | Action Level(ppm) | Pass/Fail | Results(ppm) |
|---|---|---|---|
| Hexanes (2,3-dimethylbutane) | 290 | Pass | ND |
| 1,4-Dioxane | 380 | Pass | ND |
| Pentanes (iso-pentane) | 5000 | Pass | ND |
| Pentanes (neo-pentane) | 5000 | Pass | ND |
| Butanes (iso-butane) | 5000 | Pass | ND |
| 2-Butanol | 5000 | Pass | ND |
| 2-Ethoxyethanol | 160 | Pass | ND |
| 2-Propanol | 5000 | Pass | ND |
| Acetone | 5000 | Pass | ND |
| Acetonitrile | 410 | Pass | ND |
| Benzene | 2 | Pass | ND |
| Butanes (n-butane) | 5000 | Pass | ND |
| Cyclohexane | 3880 | Pass | ND |
| Dichloromethane | 600 | Pass | ND |
| Hexanes (2,2-dimethylbutane) | 290 | Pass | ND |
| Xylenes-O (1,2-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-M (1,3-dimethylbenzene) | 2170 | Pass | ND |
| Xylenes-P (1,4-dimethylbenzene) | 2170 | Pass | ND |
| Ethanol | 5000 | Pass | 291.03 |
| Ethyl acetate | 5000 | Pass | ND |
| Ethylbenzene | 2170 | Pass | ND |
| Ethyl ether | 5000 | Pass | ND |
| Ethylene Oxide | 50 | Pass | ND |
| Heptane | 5000 | Pass | ND |
| n-Hexane | 290 | Pass | ND |
| Isopropyl acetate | 5000 | Pass | ND |
| Methanol | 3000 | Pass | ND |
| Hexanes (2-methylpentane) | 290 | Pass | ND |
| Hexanes (3-methylpentane) | 290 | Pass | ND |
| Pentanes (n-pentane) | 5000 | Pass | ND |
| Propane | 5000 | Pass | ND |
| Tetrahydrofuran | 720 | Pass | ND |
| Toluene | 1068 | Pass | ND |
| Xylenes | 2170 | Pass | ND |



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=in-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.



# Certificate of Analysis

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 6 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

---

**Cannabinoid Profile Test Result-Analysis Method :SOP.T.40.020, SOP.T.30.050**       **Analytical Batch:DA002282**

| Reagent LOT ID | Dilution | Consumables Id |
|---|---|---|
| 032119.R04 | | |
| 032119.R03 | | |

Full spectrum cannabinoid analysis utilizing High Performance Liquid Chromatography with UV detection (HPLC-UV). (Method: SOP.T.30.050 for sample prep and Shimadzu High Sensitivity Method SOP.T.40.020 for analysis. LOQ for all cannabinoids is 1 mg/L).

**Mycotoxin Analysis-Analysis Method :SOP.T.30.065, SOP.T.40.065**       **Analytical Batch:DA002292**

| Analyte | Results | Action Level |
|---|---|---|
| Aflatoxin G2 | ND | 0.02 |
| Aflatoxin G1 | ND | 0.02 |
| Aflatoxin B2 | ND | 0.02 |
| Aflatoxin B1 | ND | 0.02 |
| Ochratoxin A+ | ND | 0.02 |

Aflatoxins B1, B2, G1, G2, and Ochratoxins A testing using LC-MS. (Method: SOP.T.30.065 for Sample Preparation and SOP.T40.065 Procedure for Mycotoxins Quantification Using LCMS. LOQ 1.0 ppb). Total Aflatoxins (Aflatoxin B1, B2, G1, G2) must be <20µg/Kg. Ochratoxins must be <20µg/Kg.

**Micro Analysis-Analysis method :SOP.T.40.043**       **Analytical Batch: DA002290**

| Pathogens | Results |
|---|---|
| Aspergillus_terreus_1J2 | not present in 1 gram. |
| Aspergillus_niger | not present in 1 gram. |
| Aspergillus_fumigatus | not present in 1 gram. |
| Aspergillus_flavus | not present in 1 gram. |
| Salmonella_specific_gene | not present in 1 gram. |
| Escherichia_coli_Shigella_spp_ | not present in 1 gram. |

Microbiological testing for Fungal and Bacterial Identification via Polymerase Chain Reaction (PCR) method consisting of sample DNA amplified via tandem Polymerase Chain Reaction (PCR) as a crude lysate which avoids purification. (Method SOP.T.40.043) If a pathogenic Escherichia Coli, Salmonella, Aspergillus fumigatus, Aspergillus flavus, Aspergillus niger, or Aspergillus terreus is detected in 1g of a sample, the sample fails the microbiological-impurity testing.



4131 SW 47th AVENUE SUITE
1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation #
97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.






 **Certificate of Analysis**

300MG RELAX BEARS
300MG RELAX BEARS
Matrix: N/A



**Page 7 of 7**

---

**Green Roads**
5150 SW 48TH WAY DAVIE
FL, USA 33314
(844) 747-3367
LAURA@GREENROADSWORLD.COM





**SAMPLE:DA90321005-002**
METRC/Biotrack#N/A **Harvest/Lot ID: 182318**
Batch#: 182318, Sample Size: N/A -grams
Ordered: 03/20/19 Sampled:03/20/19
Completed: 03/27/19 Expires: 03/27/20
Sampling Method: SOP Client Method

---

**Pesticide Analysis-Analysis Method:SOP.T.30.065, SOP.T.40.065**          **Analytical Batch :DA002288**

| Reagent LOT/ID | Dilution | Consumables ID |
|---|---|---|
| 032019.R15 | 1 | 18G02C0-155 |
| | | U1AX005180181025 |

Pesticide screen is performed using LC-MS which can screen down to below single digit ppb concentrations for regulated Pesticides. Currently we analyze for 57 Pesticides. (Method: SOP.T.30.065 Sample Preparation for Pesticides Analysis via LCMSMS and SOP.T40.065 Procedure for Pesticide Quantification Using LCMS).

**Heavy Metals Analysis-Analysis-Method:SOP.T.40.050, SOP.T.30.052**          **Analytical Batch: DA002281**

| Reagent LOT/ID | Dilution | Consumables ID |
|---|---|---|
| 032119.R02 | 50 | |
| 031819.R20 | | |
| 011519.01 | | |
| 021319.R15 | | |
| 031219.R17 | | |
| 030619.01 | | |

Heavy Metals screening is performed using ICP-MS (Inductively Coupled Plasma – Mass Spectrometer) which can screen down to below single digit ppb concentrations for regulated heavy metals using Method SOP.T.30.052 Sample Preparation for Heavy Metals Analysis via ICP-MS and SOP.T.40.050 Heavy Metals Analysis via ICP-MS.

| Metal | Result | Action-Level |
|---|---|---|
| Arsenic | ND | 1.500 |
| Cadmium | ND | 0.500 |
| Lead | ND | 0.500 |
| Mercury | ND | 3 |

Abbreviation:ppm=Parts Per Million

**Residual SolventsAnalysis Method:SOP.T.40.032**          **Analytical Batch :DA002315**

Residual solvents screening is performed using GC-MS which can detect below single digit ppm concentrations. Currently we analyze for 34 Residual solvents. (Method: SOP.T.30.042 Residual Solvents Analysis via GC-MS).

**Terpenes screening-Analysis-Method:SOP.T.40.090**          **Analytical Batch :DA002286**

Terpenoid profile screening is performed using GC-MS with Liquid Injection (Gas Chromatography – Mass Spectrometer) which can screen 38 terpenes using Method SOP.T.40.091 Terpenoid Analysis Via GC-MS/MS.



4131 SW 47th AVENUE SUITE 1408
DAVIE, FL 33314
1-954-368-7664
info@eviolabsfl.com

_____
Jorge Segredo
Lab Director

State License # n/a
ISO Accreditation # 97164

This report shall not be reproduced, unless in its entirety, without written approval from EVIO Labs. This report is an EVIO Labs certification. The results relate only to the material or product analyzed. Test results are confidential unless explicitly waived otherwise. Void after 1 year from test end date. Cannabinoid content of batch material may vary depending on sampling error. IC=In-control QC parameter, NC=Non-controlled QC parameter, ND=Not Detected, NA=Not Analyzed, ppm=Parts Per Million, ppb=Parts Per Billion. Limit of Detection (LoD) and Limit Of Quantitation (LoQ) are terms used to describe the smallest concentration that can be reliably measured by an analytical procedure. RPD=Reproducibility of two measurements. Action Levels are State determined thresholds for human safety for consumption and/or inhalation.




