# Exhibit 3

250mg CBD Oil | Best CBD Oil Tincture | Green Roads CBD

Enjoy up to 30% off sitewide - LIMITED TIME ONLY!

 +1 (833) 462 8922    support@greenroadsworld.com

 **GREEN ROADS**®

Shop ☐   Learn ☐   What is CBD   About Us ☐   Contact Us   Wholesale

0

 **SALE!**



Green Roads / CBD Products / CBD Oils / CBD Oil – 250 mg

# CBD Oil – 250 mg

☐☐☐☐☐   657 Reviews

~~$45.99~~ $39.99

**In stock**

[ − ]   [ + ]

## Related Products:

| **Description** | Labsheet | Reviews | FAQs | CBD Compliance & Safety |
|---|---|---|---|---|

| Size/Volume | Total CBD | Dose/Serving | Product Facts |
|---|---|---|---|
| 15 ML | 250 mg | 17 mg / ML | Non GMO |

## Recommended Use

Place 0.5 ML – 1 ML under tongue for at least 30 seconds before swallowing

## Ingredients

Broad Spectrum CBD Oil 250 mg, Hemp Seed Oil, Kosher-Grade Vegetable Glycerin

## Nutritional Facts per ML



| Calories | Total Fat | Cholesterol | Sodium | Total Carb | Sugars | Protein |
| --- | --- | --- | --- | --- | --- | --- |
| 4 | 0g | 0 mg | 0 mg | 4g | 1g | 0g |

Green Roads' 250mg CBD Oil delivers the perfect mid-range serving of CBD. You get approximately 17mg of CBD with each 1ml dropper of this oil. To use this product, take a dropper full of liquid and place it under your tongue. Hold the liquid there for a few seconds before swallowing.

All Green Roads CBD products are manufactured using hemp-derived cannabinoid extracts. The rich selection of non-intoxicating cannabinoids in this blend may help your body process CBD in

a more effective, natural way. The CBD in this formula comes from hemp grown on American farms. The ingredients are extracted using cutting-edge techniques. Green Roads tests the ingredients before using proprietary formulas to create products such as our 250mg CBD oil. Before any oils hit the shelves, they are tested by an external, independent laboratory. We hope this oil becomes a part your journey towards greater daily well-being!

**NOTE:**

Please consult a physician if you are not sure if CBD is right for you. Must be 18+ years older to consume.

Customers who shopped for CBD Oil - 250 mg also shopped for:

250mg CBD Oil | Best CBD Oil Tincture | Green Roads CBD

**SALE!**



**CBD Daily Dose**
**1500 mg**

~~$11.99~~ $11.50

ADD TO CART

**SALE!**



**CBD Daily Dose**
**350 mg**

~~$6.99~~ $5.00

ADD TO CART



**SALE!**

**CBD Terpenes Oil Pineapple Express**

~~$37.99~~ $20.99

ADD TO CART



**SALE!**

**CBD Capsules 750 mg**

~~$89.99~~ $63.99

ADD TO CART

**SALE!**



**Soothing CBD Topical Cream**

**300 mg**

~~$69.99~~ $52.99

ADD TO CART

# Join Our Family

Your email address

☐

Be the first to know about our latest products and offers!

| SHOP | GREEN ROADS | DISCOUNTS | SUPPORT |
|---|---|---|---|
| Shop CBD products | About Us | Rewards Program | Terms & Conditions |
| CBD Oils | Careers | Affiliates | Wholesale |
| CBD Gummies | Contact us | Military Discount | Track My Order |

CBD Topicals          Share your story          First Responders Discount          Privacy Policy

phone  ☐  ☐  ☐

**I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease. Results from products may vary. These items are not intended to cure, treat or prevent any diseases.**

Hemp Derived CBD with <0.0mg THC.

2019 © Green Roads. All Rights Reserved.          Developed by TFC Marketing.



Store Learn What is CBD About Us Contact Us Wholesale

**SALE!**



**ADD TO CART**

| Description | Labsheet | Reviews | FAQs | CBD Compliance & Safety |

- Batch : 406819
- Batch : 375319
- Batch : 356019
- Batch : 372019
- Batch : 356119
- Batch : 334118
- Batch : 041121
- Batch : 335718
- Batch : 335118
- Batch : 335218
- Batch : 320918
- Batch : 317018
- Batch : 3074181
- Batch : 2966181
- Batch : 407019-1
- Batch : 407819
- Batch : 375319-1
- Batch : 407419-2

Enjoy up to 30% off sitewide - LIMITED TIME ONLY!

 +1 (833) 462 8922        support@greenroadsworld.com

 **GREEN ROADS**®

Shop ☐    Learn ☐    What is CBD    About Us ☐    Contact Us    Wholesale

**0**

 **SALE!**



Green Roads / CBD Products / CBD Edibles / CBD Gummy Bears – 300 mg

# CBD Gummy Bears – 300 mg

☐☐☐☐☐ **1299 Reviews**

~~$54.99~~ **$37.99**

**In stock**

—    +

## Related Products:

| Description | Labsheet | Reviews | FAQs | CBD Compliance & Safety |
|---|---|---|---|---|



| CBD Dose | Quantity | Total CBD | Flavors |
|---|---|---|---|
| 10 mg | 30 | 300 mg | Assorted |



Ingredients

Corn Syrup, Sugar (from beets), Water, Gelatin, Citric Acid, Natural and Artificial Flavors,
Lactic Acid, Pectin, FD&C Red 40, Yellow 5, Yellow 6, Blue 1, 300mg Hemp Derived Cannabinoid
Extract

Nutritional Facts
(Per Piece)



| Calories | Total Fat | Cholesterol | Sodium | Total Carb | Sugars | Protein |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | 0g | 0 mg | 0 mg | 3g | 2g | 0g |

Green Roads  Relax Bears are the best-tasting CBD Gummies on the market. Each adorable

bear delivers 10mg of soothing hemp-derived  cannabinoid extracts in a mouth-watering sweet n' sour chew. This gummy delivers decompression and satisfaction with every bite. Each bottle offers 30 gummies, giving you the ideal way to incorporate CBD into your daily wellness  routine.

**NOTE:**

Please consult a physician if you are not sure if CBD is right for you. Must be 18+ years older to consume.

## Customers who shopped for CBD Gummy Bears - 300 mg also shopped for:



**CBD Sourz Froggies
100 mg**

**ADD TO CART**

**SALE!**



**CBD Daily Dose
Pineapple Express Terps**

~~$6.99~~ $5.00

**ADD TO CART**



**CBD Coffee
16 oz**

$54.99

ADD TO CART



**CBD Mango Soothe Syrup**

**60 mg**

$29.99

ADD TO CART

**SALE!**



**Soothing CBD Topical Cream**

**150 mg**

~~$39.99~~ $29.99

ADD TO CART

## Join Our Family

Your email address

Be the first to know about our latest products and offers!

### SHOP

Shop CBD products

CBD Oils

CBD Gummies

CBD Topicals

### GREEN ROADS

About Us

Careers

Contact us

Share your story

### DISCOUNTS

Rewards Program

Affiliates

Military Discount

First Responders Discount

### SUPPORT

Terms & Conditions

Wholesale

Track My Order

Privacy Policy

phone

**I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease. Results from products may vary. These items are not intended to cure, treat or prevent any diseases.**

Hemp Derived CBD with <0.0mg THC.

2019 © Green Roads. All Rights Reserved.

Developed by TFC Marketing.





**SALE!**





**In stock**

— 1 +    **ADD TO CART**

**Sign in**

New to CBD? Start here

## Related Products:



| CBD Fruit Bites | CBD Relief Toads | CBD Froggies | CBD Froggies | CBD Relax Bears OTG |
|---|---|---|---|---|
| **300 mg** | **400 mg** | **100 mg** | **200 mg** | **50 mg** |

| Description | Labsheet | Reviews | FAQs | CBD Compliance & Safety |
|---|---|---|---|---|

- Batch : 0182318
- Batch : 182318
- Batch : BM060118
- Batch : GR18187RB

CBD Tea - CBD Infused Chamomile Based Tea | Green Roads

Enjoy up to 30% off sitewide - LIMITED TIME ONLY!

+1 (833) 462 8922        support@greenroadsworld.com

 **GREEN ROADS**®

Shop        Learn        What is CBD        About Us        Contact Us        Wholesale                                    0

Sign in

New to CBD? Start here

Green Roads / CBD Products / CBD Tea and CBD Coffees / CBD Tea

SALE!

# CBD Tea

 72 Reviews

~~$6.99~~ **$5.99**

**In stock**



   

## Related Products:

**Description**        Labsheet        Reviews        FAQs        CBD Compliance & Safety

| CBD Dose | Quantity | Total CBD |
|---|---|---|
| 7 mg CBD / 2 G Tea | 1 x 2G Tea Bag | 7 mg |

Ingredients

7 mg CBD Hemp Extract, Organic Chamomile Loose-Leaf Tea Flowers and Powder, Vanilla, Peppermint.

# Sit Back and Enjoy the Best CBD – Infused Tea

Green Roads CBD oil tea combines all the soothing properties of CBD and chamomile to create a therapeutic infusion rich in flavor and aroma. Our single day packs of CBD-infused tea have been formulated to help calm your body and mind so you can get through the most demanding parts of your day.

# Delicious and Easy to Make CBD Tea

With 7 mg of CBD per individual bag, our tea offers an easy and familiar way to experience all the benefits of CBD. Just pour boiling water over a tea bag and steep for 5-7 minutes. Our CBD-infused tea is made with only natural ingredients like chamomile, vanilla, peppermint, and hemp-derived cannabidiol.

# Why Choose Green Roads CBD Infused Tea

Like the rest of Green Roads products in our collection, our CBD tea is made with high-quality

CBD obtained from industrial hemp cultivated in the United States. Every product has been formulated by a licensed pharmacist with over two decades of experience and is third-party lab tested to ensure purity and quality.

## Customers who shopped for CBD Tea also shopped for:



SALE!

**CBD Terpenes Oil Strawberry AK**

~~$37.99~~ $20.99

ADD TO CART

CBD Tea - CBD Infused Chamomile Based Tea | Green Roads



**SALE!**

**CBD Terpenes Oil
Blueberry OG**

~~$37.99~~ $20.99

ADD TO CART



**SALE!**

**CBD Terpenes Oil
Sour Diesel**

~~$37.99~~ $20.99

ADD TO CART

**SALE!**



**CBD Froggies**
**200 mg**

~~$29.99~~ $26.99

ADD TO CART

**SALE!**



**CBD Oil**
**1000 mg**

~~$162.99~~ $119.99

ADD TO CART

## Join Our Family

Your email address

Be the first to know about our latest products and offers!

### SHOP

Shop CBD products

CBD Oils

CBD Gummies

CBD Topicals

### GREEN ROADS

About Us

Careers

Contact us

Share your story

### DISCOUNTS

Rewards Program

Affiliates

Military Discount

First Responders Discount

### SUPPORT

Terms & Conditions

Wholesale

Track My Order

Privacy Policy

phone

**I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease. Results from products may vary. These items are not intended to cure, treat or prevent any diseases.**

Hemp Derived CBD with <0.0mg THC.

2019 © Green Roads. All Rights Reserved.

Developed by TFC Marketing.

 +1 (833) 462 8922   ✉ support@greenroadsworld.com

 

 **GREEN ROADS®**

Shop ⌄   Learn ⌄   What is CBD   About Us ⌄   Contact Us   Wholesale   👤 🔍 🛒

**SALE!**



# CBD Tea

★★★★⯪ 72 Reviews

~~$6.99~~ **$5.99**

**In stock**

−  1  +   **ADD TO CART**

## Related Products:



CBD Coffee
**2oz**

CBD Coffee
**8oz**

CBD Coffee
**16oz**

| Description | Labsheet | Reviews | FAQs | CBD Compliance & Safety |
| --- | --- | --- | --- | --- |

- Batch : TE419130

- Batch : M040578

- Batch : T052019