# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62342-CV-UNGARO/HUNT

BROOK SNYDER and RYAN TERRY, on behalf of themselves, and all others similarly situated,

    Plaintiffs,

vs.

GREEN ROADS OF FLORIDA LLC,

    Defendant.

_____/

## DECLARATION OF KEN MARK

1. My name is Ken Mark. I am over the age of eighteen (18) and have personal knowledge of the facts recited in this Declaration.

2. I am employed by Green Roads of Florida LLC ("Green Roads") as its Chief Technology Officer. I have personal knowledge of how Green Roads maintains business records of purchases made on its website at www.greenroadsworld.com.

3. Green Roads maintains business records of the purchases of products made on its website. To complete a transaction, the purchaser needs to identify their name. The records are made at or near the time of the purchase by, or from information transmitted by, a person with knowledge. The records are kept in the course of a regularly conducted business activity of Green Roads and making these sales records was a regular practice of that sales process. These records are regularly kept to record purchases.

4. I have searched the business records of Green Roads for a purchase made through the company's website at www.greenroadsworld.com on March 10, 2019 by a person identifying themselves as Brook Snyder. The business records that I examined show an absence of a record

ACTIVE 46743114v1

that a person identifying themselves as Brook Snyder purchased products from Green Roads on March 10, 2019 or on any date. The business records that I examined also showed an absence of a business record with the name Brook Snyder as an account user, on a purchasing credit card, or in a shipping address.

I hereby declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct.

Dated: October 23, 2019

_____
KEN MARK

ACTIVE 46743114v1