UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62342-CIV-SINGHAL

BROOK SNYDER and
RYAN TERRY, on behalf of themselves
and on behalf of all others similarly situated,

      Plaintiffs,

v.

GREEN ROADS OF FLORIDA LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation for Dismissal filed by the parties (DE [35]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorney's fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 4th day of January 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF